Carolyn R. Tatkin (#010437)
**RADIX LAW, PLC**
15205 N. Kierland Blvd., Suite 200
Scottsdale, AZ 85254
tatkin@radixlaw.com
(602) 606-9300

Attorney for Debtors:
Steve Pandi and Eileen A. Quezada

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| **STEVE PANDI and EILEEN A. QUEZADA,** | Case No. 2:16-bk-11585-SHG |
| Debtors. | **MOTION TO COMPEL ABANDONMENT OF LLC INTEREST IN 21229 NORTH 52ND AVENUE, LLC** |

Steve Pandi and Eileen A. Quezada ("Debtors"), through undersigned counsel, move this Court for an Order compelling Eric M. Haley, the Chapter 7 Trustee in this bankruptcy case, to abandon the Debtors' interest in 21229 NORTH 52ND AVENUE, LLC ("the LLC") pursuant to Local Rule 6007-1 and U.S.C. § 554, because the property is burdensome to the estate or is of inconsequential value. In support thereof, Debtors state as follows:

1

685164.1

## JURISDICTION

1. The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(1).

## BANKRUPTCY

2. Movants are the Debtors in the above referenced bankruptcy proceeding.

3. The Debtors filed a Chapter 11 bankruptcy petition on October 7, 2016, which was converted to a Chapter 7 case on March 31, 2017. Eric M. Haley was appointed as the Chapter 7 Trustee.

4. Debtors properly included on their bankruptcy Schedule "B" their 100% ownership interest in the LLC, which holds as its sole asset real property located at 21229 N. 52nd Avenue, Glendale, AZ 85308 ("the Property") and legally described as:

> LOT 130 OF ESTATES AT ARROWHEAD PHASE ONE B, ACCORDING TO BOOK 435 OF MAPS, PAGE 33, RECORDS OF MARICOPA COUNTY, ARIZONA AND AFFIDAVIT OF CORRECTION RECORDED IN DOCUMENT NO. 97-143065, OF OFFICIAL RECORDS.

5. Culver City Properties, LLC is the current holder of a Deed of Trust, originally made, executed and recorded on or about March 30, 2015, securing a Promissory Note in the original sum of $325,000.00 by the LLC. The Deed of Trust is recorded as a lien in first position at Maricopa County Recorder's Number 20150210896 attached hereto as Exhibit "A".

6. The first position lien has a present approximate amount owed of $400,453.91, as evidenced by a Beneficiary's Demand dated May 19, 2017 attached hereto as Exhibit "B".

7. George Pandi and Efrosini Pandi currently hold a second position Deed of Trust made, executed and recorded on or about May 20, 2014 in the original sum of $463,751.84 by the LLC. The Deed of Trust is recorded as a lien in second position at Maricopa County Recorder Number 20140327915 and attached hereto as Exhibit "C".

8. **The Property currently has a value of $538,494.00.** This value is based on the Zillow value dated June 16, 2017, attached hereto as Exhibit "D".

## RELIEF REQUESTED

1. A party in interest may request that the Court order the trustee to abandon any property of the estate that is of "inconsequential value and benefit to the estate." 11 U.S.C. §554(b).

2. The Property has no equity and as a consequence, the LLC holds no equity, as the Property is the sole asset of the LLC. Thus, the LLC's interest is burdensome to the estate or is of inconsequential value and benefit to the estate.

3. The Debtors request that this Court order the Trustee to abandon the Debtors' interest in the LLC.

WHEREFORE, Debtors request that the Chapter 7 Trustee be directed to abandon the Debtors' interest in the LLC pursuant to 11 U.S.C. §554(b), and for such other and further relief that the Court deems just and proper.

3

RESPECTFULLY SUBMITTED this 16th day of June, 2017.

**RADIX LAW, PLC**

 /s/ Carolyn R. Tatkin
Carolyn R. Tatkin (#010437)
Attorney for Debtors

Copy of the foregoing to be mailed/emailed
the 16th day of June, 2017 to:

Steve Pandi and Eileen Quezada
6940 W. Voltaire Ave.
Peoria, AZ 85381-5057
Debtors

Eric M. Haley
Chapter 7 Trustee
P.O. Box 13390
Scottsdale, AZ 85267

Stuart B. Rodgers
LANE & NACH, PC
2001 E. Campbell, Suite 103
Phoenix, AZ 85016
Attorneys for Chapter 7 Trustee

Christopher J. Dylla
Office of Arizona Attorney General
1275 W. Washington
Phoenix, AZ 85007
Attorneys for Arizona Department of Revenue

| | |
|---|---|
| 1 | Michael Zdancewicz |
| 2 | Windtberg & Zdancewicz, PLC |
|   | 7551 S. Willow Drive, Suite 102 |
| 3 | Tempe, AZ 85283 |
| 4 | Attorneys for BMW Bank of North America |
| 5 | |
|   | Allen D. Butler |
| 6 | LAW OFFICE OF ALLEN D. BUTLER, PC |
| 7 | 406 E. Southern Ave. |
|   | Tempe, AZ 85282-2674 |
| 8 | |
| 9 | Clark County Treasurer |
| 10 | 500 S. Grand Central Pky |
|    | PO Box 551220 |
| 11 | Las Vegas, NV 89155-1220 |
| 12 | |
| 13 | Paige Elizabeth Holton |
| 14 | MULCAHY LAW FIRM, P.C. |
|    | 3001 E. Camelback Rd., Suite 130 |
| 15 | Phoenix, AZ 85016 |
| 16 | Attorneys for Crown Point |
| 17 | Homeowners Association |
| 18 | |
|    | Cynthia J. Johnson |
| 19 | LAW OFFICE OF CYNTHIA JOHNSON |
| 20 | 11640 E. Caron St. |
| 21 | Scottsdale, AZ 85259 |
|    | Attorneys for Culver City Properties, LLC |
| 22 | |
| 23 | Kristin E. McDonald |
| 24 | MCCARTHY & HOLTHUS, LLP |
|    | 8502 E. Via de Ventura, Suite 200 |
| 25 | Scottsdale, AZ 85258 |
| 26 | Attorneys for HSBC Bank USA, NA as Trustee for |
| 27 | Nomura Asset Acceptance Corporation, Mortgage |
| 28 | Pass-Through Certificates, Series 2007-1 |

5

685164.1

Office of U.S. Trustee
USTPRegion14.PX.ECF@USDOJ.GOV

/s/ Chandni Patel